

**Blake A. Bennett**
**Director**
302.984.3889
bbennett@coochtaylor.com

August 3, 2022

**VIA CM/ECF**

Honorable Richard G. Andrews
United States District Judge
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801-3555

      **Re:** *Firemen's Retirement System of St. Louis v. Hemsley, et al.*,
            No. 1:18-cv-00728-VAC

Dear Judge Andrews:

    We represent plaintiff Firemen's Retirement System of St. Louis ("Plaintiff") and write jointly on behalf of counsel for Plaintiff and Defendants[1] in response to the Court's August 1, 2022 Oral Order (D.I. 68) requesting a status update.

    As noted in Plaintiff's previous reports, Amalgamated Bank, Coral Springs Police Officers' Retirement Plan, and Central Laborers Pension Fund's (collectively, the "Intervenors") motions to intervene in and stay this action pending resolution of its 220 Action[2] (D.I. 29, 32) were granted by the Court on July 9, 2018. (D.I. 40.) The Court's order also directed Plaintiff to provide updates on

---

[1] "Defendants" include nominal defendant UnitedHealth Group Incorporated and individual defendants Stephen J. Hemsley, David S. Wichmann, Richard T. Burke, William C. Ballard, Jr., Michele J. Hooper, Rodger A. Lawson, Glenn M. Renwick, Kenneth I. Shine, Gail R. Wilensky, William W. McGuire, George L. Mikan III, Patrick J. Erlandson, Robert J. Darretta, James A. Johnson, Thomas H. Kean, Mary O. Mundinger, Robert L. Ryan, Donna E. Shalala, and William G. Spears.

[2] The "220 Action" refers to *In re UnitedHealth Group, Inc. Section 220 Litigation*, Consol. C.A. No. 2017-0681-PAF (Del. Ch.), the Intervenors' books and records action which had been pending in the Court of Chancery of the State of Delaware ("Chancery Court").

*Firemen's Retirement System of St. Louis v. Hemsley, et al.*
**August 3, 2022**
**Page 2**

the progress of the related Delaware state court litigation every sixty days. (*Id.*) Plaintiff's last report was filed on February 8, 2022 (D.I. 66).

On March 24, 2022, this case was reassigned to the Vacant Judgeship and, pursuant to an Oral Order issued the same day, administratively closed. (D.I. 67.) Since Plaintiff's last report, there have been no significant developments in the Delaware state court litigation.

In the State Derivative Action,[3] on January 5, 2021, the Chancery Court entered an order granting defendants' renewed motion to stay the State Derivative Action pending resolution of the related *qui tam* litigation.[4] The Poehling Action remains pending, the parties are engaged in discovery, and trial is currently scheduled for September 2023. Accordingly, the State Derivative Action remains stayed at this time.

In light of the status of the State Derivative Action, the parties believe the stay of this action should continue under the terms of the Court's July 9, 2018 stay order (D.I. 40) and March 24, 2022 administrative closure order (D.I. 67).

                Respectfully submitted,

                */s/ Blake A. Bennett*

                Blake A. Bennett (#5133)

BAB:cls
cc:    All Counsel of Record (via CM/ECF)

---

[3] The "State Derivative Action" refers to *In re UnitedHealth Grp. Inc. Deriv. Litig.*, Consol. C.A. No. 2019-0299-PAF (Del. Ch.), the Intervenors' consolidated derivative action pending in the Chancery Court.

[4] *United States of America ex rel. Benjamin Poehling v. UnitedHealth Group, Inc., et al.*, No. CV 16-08697 FMO (C.D. Cal.) (the "Poehling Action").